File 24-25684 BKOBJ02
Brock & Scott, PLLC
A limited liability company formed in the State of North Carolina
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Dominick S DeNaro | : | CASE NO.  24-18729-CMG |
| Debtors | ; | |
| | : | **NOTICE OF MOTION TO APPROVE** |
| | : | **LOAN MODIFICATION** |
| | : | |
| | : | |

Dominick S DeNaro
96 Georgetown Blvd
Barnegat, NJ 08005

JEANIE D. WIESNER
1500 JFK BLVD.
STE 220
PHILADELPHIA, PA 19102

Albert Russo
CN 4853
Trenton, NJ 08650

US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

**NOTICE OF MOTION TO APPROVE LOAN MODIFICATION**

Freedom Mortgage Corporation. (hereinafter 'Creditor') has filed papers with the Court to

have an Order entered granting approval for the Parties to enter into a Loan Modification

concerning the property commonly known as **96 GEORGETOWN BLVD, Barnegat, NJ**

**08005.**

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Creditor's proposed relief, or if you want the Court to consider your views on the Motion, then on or before ***TBD*** you or your attorney must:

File with the Court a written response to Creditor's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, NJ 08608, before the Honorable CHRISTINE M GRAVELLE, presiding.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Andrew Spivack
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston-Salem, NC 27103

Albert Russo
CN 4853
Trenton, NJ 08650

US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

If you are opposing the relief Creditor is seeking from the Court, you must attend the hearing scheduled to be held on TBD at TBD at the United States Bankruptcy Courthouse, 402 East State Street, Trenton, NJ 08608, before the Honorable CHRISTINE M GRAVELLE, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

August 26, 2025

*/s/ Andrew Spivack*

Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-25684 BKOBJ02
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

| In Re: | Case No:  24-18729-CMG |
|---|---|
| Dominick S DeNaro AKA DOMINICK SALVATORE DENARO | Hearing Date:  _____ |
| | Judge:  CHRISTINE M GRAVELLE |
| | Chapter:  13 |

## MOTION TO APPROVE LOAN MODIFICATION

AND NOW COMES, Freedom Mortgage Corporation ("Creditor"), by and through their attorney, Brock and Scott, PLLC, and respectfully represents:

1.      The Debtor(s) filed a Chapter 13 Petition on September 3, 2024.

2.      Albert Russo was appointed the standing Chapter 13 Trustee on the same date.

3.      The Debtor(s) currently has a mortgage with Freedom Mortgage Corporation and the mortgage lien is on the real property located at 96 GEORGETOWN BLVD, Barnegat, NJ 08005 (loan ending in 7122).

4.      The Debtor(s) applied for a loan modification with Creditor, and Creditor has agreed to the Loan Modification contingent upon Bankruptcy Court approval.

5.      The terms of the modification are as stated in the Loan Modification, attached hereto as **Exhibit A.**

6.      Approval and recording of the Loan Modification shall not constitute a violation of the automatic stay.

7.      The terms of the Loan Modification are set forth in the Loan Modification have been accepted by the Debtor(s), and the same constitutes a benefit to the Debtor(s). A Certification of the Debtor(s) in Support of the instant Motion is enclosed herein.

        **WHEREFORE**, the Parties respectfully request that this Honorable Court grant the instant Motion to Approve Loan Modification and for any other relief the Court deems just and proper.

August 26, 2025

_/s/ Andrew Spivack_
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004–1(b)**

24-25684 BKOBJ02
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

| | |
|---|---|
| In Re:<br><br>Dominick S DeNaro AKA DOMINICK SALVATORE DENARO | Case No:  24-18729-CMG<br><br>Hearing Date: _____<br><br>Judge:  CHRISTINE M GRAVELLE<br><br>Chapter:  13 |

## CERTIFICATION OF SERVICE

1.    I, Elizabeth Oliver:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Freedom Mortgage Corporation in this matter.

☐ am the _____ in this case and am representing myself.

2.    On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Motion to Approve Loan Modification

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  August 27, 2025 _____          /s/  *Elizabeth Oliver* _____
                                                                  Elizabeth Oliver


| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dominick S DeNaro<br>96 Georgetown Blvd<br>Barnegat, NJ 08005 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ |

| | | |
|---|---|---|
| | | Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| JEANIE D. WIESNER<br>1500 JFK BLVD.<br>STE 220<br>PHILADELPHIA, PA 19102 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-25684 BKOBJ02
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

| | |
|---|---|
| In Re:<br><br>Dominick S DeNaro AKA DOMINICK SALVATORE DENARO | Case No:  24-18729-CMG<br><br>Hearing Date: _____<br><br>Judge:  CHRISTINE M GRAVELLE<br><br>Chapter:  13 |

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT
## (CHAPTER 13)

The relief set forth on the following page, is **ORDERED**.

The Court having reviewed the Motion for Authorization to Enter into Final Loan Modification Agreement filed on August 27, 2025, as to the first mortgage concerning real property located at 96 GEORGETOWN BLVD, Barnegat, NJ 08005, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

☐ The debtor is authorized to enter into the final loan modification agreement

1)      The loan modification must be fully executed no later than 14 days from the date of this order.  If it is not, the secured creditor, with 14 days thereafter, must file with the Court and serve on the Debtor, Debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed.  A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2)      Upon the filing of the Certification required above, and absent a response from the Debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim.  Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Loan Modification Agreement; and

3)      Unless the debtor's Plan has been confirmed with 100% paid to unsecured creditors, the debtor must file a *Modified Chapter 13 Plan and Motions* within 14 days of consummation of the loan modification. If the loan modification results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

4)      Check one:

☒ There is no order requiring the debtor to cure post-petition arrears through the Plan;

or

☐ Post-petition arrears are capitalized into the loan modification agreement, and the Order filed on _____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

☐ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

5)      If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

☐ The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

*rev. 12/17/19*

# Exhibit A